THE TAX INVESTMENT CORPORATION OF NEW JERSEY, A CORPORATION OF THE STATE OF NEW JERSEY, RELATOR, v. JOHN C. DILTS, COLLECTOR OF TAXES OF THE CITY OF PLAINFIELD, AND FRANK DECKER, RESPONDENTS.

Argued March 5, 1944—Decided April 17, 1944.

Before Justice CASE, sitting as a single justice pursuant to the statute.

For the relator, *Saul A. Wittes.*

For the respondent John C. Dilts, collector of taxes, *Salvador Diana.*

CASE, J. This case appears to involve equivalent facts and to be controlled by the same legal principles as case No. 16270 bearing the same title (*ante., p.* 437). For the reasons stated in that case the return herein will be quashed and a peremptory writ will issue; without costs.